**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**

In re:

| | |
|---|---|
| Autolink International, LLC, | Chapter 11 |
| | Case No. 09-74742-MBM |
| Debtor. | Hon. Marci B. McIvor |

_____

| | |
|---|---|
| Sanlink Investments, LLC, | |
| Appellant, | District Court Case No. |
| | 10-cv-13352-PJD-MPH |
| v. | Hon. Patrick J. Duggan |
| | Magistrate Michael J. Hluchaniuk |
| Fred J. Dery, Trustee, | |
| Appellee. | |

_____

## STIPULATED ORDER FOR SUBSTITUTION OF COUNSEL

It is hereby ordered, pursuant to the stipulation of the parties, that Jacob & Weingarten, P.C., shall appear and substitute as counsel for Appellant SANLINK INVESTMENTS, LLC, in place of Wolfson Bolton, PLLC.


          s/Patrick J. Duggan
          Patrick J. Duggan
          United States District Judge
Dated: Wednesday, September 29, 2010

I hereby certify that a copy of the foregoing document was served upon counsel of record on September 29, 2010, by electronic and/or ordinary mail.

          s/Marilyn Orem
          Case Manager

**SO STIPULATED AND AGREED:**

| | |
|---|---|
| Wolfson Bolton PLLC | Jacob & Weingarten, P.C. |
| By: /s/ Scott A. Wolfson (w/consent) <br> Scott A. Wolfson (P53194) <br> Former Counsel for Appellant <br> 3150 Livernois Rd., Ste. 275 <br> Troy, Michigan 48083 <br> 248-247-7103 <br> swolfson@wolfsonbolton.com | By: Howard S. Sher <br> Howard S. Sher (P38337) <br> Replacement Counsel for Appellant <br> 2301 W. Big Beaver, Ste. 777 <br> Troy, Michigan 48084 <br> 248-649-1900 <br> howard@jacobweingarten.com |