**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**

In re:

| | |
|---|---|
| Autolink International, LLC, | Chapter 11 |
| | Case No. 09-74742-MBM |
| Debtor. | Hon. Marci B. McIvor |

___

| | |
|---|---|
| Sanlink Investments, LLC, | |
| Appellant, | District Court Case No. |
| | 10-cv-13352-PJD-MPH |
| v. | Hon. Patrick J. Duggan |
| | Magistrate Michael J. Hluchaniuk |
| Fred J. Dery, Trustee, | |
| Appellee. | |

___

### STIPULATED ORDER WITHDRAWING NOTICE OF APPEAL

This matter having come before the Court upon stipulation of the parties and the Court being otherwise duly advised in the premises;

**IT IS HEREBY ORDERED** as follows:

1. The Notice of Appeal filed by Appellee Sanlink Investments, LLC is withdrawn.

2. The appeal is dismissed and this case is closed.

3. Each of the parties shall bear their own fees and costs.

                        s/Patrick J. Duggan
                        Patrick J. Duggan
                        United States District Judge

Dated:

I hereby certify that a copy of the foregoing document was served upon counsel of record on ,by electronic and/or ordinary mail.

      s/Marilyn Orem
      Case Manager

**SO STIPULATED AND AGREED:**

| | |
|---|---|
| Seyburn, Kahn, Ginn, Bess & Serlin, P.C. | Jacob & Weingarten, P.C. |
| By:/s/ Terrance A. Hiller (w/consent) <br> Terrance A. Hiller (P55699) <br> David T. Lin (P70764) <br> Counsel for Appellee <br> 2000 Town Center, Ste 1500 <br> Southfield, Michigan 48075 <br> 248-353-7620 <br> thiller@seyburn.com | By: /s/ Howard S. Sher <br> Howard S. Sher (P38337) <br> Counsel for Appellant <br> 2301 W. Big Beaver, Ste. 777 <br> Troy, Michigan 48084 <br> 248-649-1900 <br> howard@jacobweingarten.com |